


# Jaffe & Asher LLP
### Attorneys At Law

Please Reply To New York Office

600 Third Avenue
New York, NY 10016-1901
(212) 687-3000
(212) 687-9639 (Fax)

Established 1974

New Jersey Office

1107 Goffle Road
Hawthorne, NJ 07507-0508
(973) 423-3998
(973) 423-6074 (Fax)

April 26, 2013

**VIA FACSIMILE ONLY**

Hon. Kevin Nathaniel Fox, Chief U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   **Liberty Mutual Insurance Company v. Zurich American Insurance Company**
           Civ. Action No.  :    **11-Civ-9357 (ALC)(KNF)**

Dear Judge Fox:

        We submit this joint letter application on behalf of plaintiff LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual") and defendant ZURICH AMERICAN INSURANCE COMPANY, at the suggestion of District Judge Andrew L. Carter and pursuant to your Honor's Settlement Procedures. The parties jointly submit this application seeking an adjournment *sine die* of the settlement conference currently scheduled for May 7, 2013.

        This is a declaratory judgment action concerning insurance coverage. A pre-motion conference was held before Judge Carter on April 18, 2013, at which the parties agreed that the remaining issues should be resolved by way of summary judgment motions. As such, both parties believe that settlement negotiations would fail to result in any meaningful compromise. At the suggestion of Judge Carter, we make this application in the interest of judicial economy. We seek this adjournment until after the summary judgment motions are decided. Pursuant to the briefing schedule set at the conference, both motions are to be fully submitted by July 1, 2013.

        This is the third request to adjourn the settlement conference. The Court granted the parties' first joint application, which was made together with a request for a

Hon. Kevin Nathaniel Fox, Chief U.S.M.J.
April 26, 2013
Page 2

30-day extension of the deadline for completion of fact discovery. The Court also granted the parties' second application, which was made due to a conflict with oral arguments before the Second Department.

Counsel has conferred, and both parties consent to this adjournment.

Respectfully submitted,                    Respectfully submitted,

JAFFE & ASHER LLP                          COUGHLIN DUFFY, LLP

By: _____                By: _____
    David R. Shyer                             Karen H. Moriarty

4/29/13
Based on the above, the Settlement conference scheduled previously for May 7, 2013, is adjourned sine die. The parties shall advise the undersigned magistrate judge of the result of any motion(s) for summary judgment, expeditiously.
   SO ORDERED:
   Kevin Nathaniel Fox
   KEVIN NATHANIEL FOX, U.S.M.J.